E-FILED
Thursday, 23 January, 2020  11:28:29 AM
Clerk, U.S. District Court, ILCD

FILED
JAN 2 2 2020
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 20-CR-20003 |
| vs. ) | |
| ) | Title 21, United States Code, |
| JUAN M. ARAIZA-RAMOS, ) | Section 841(a)(1) and (b)(1)(A)(viii); |
| ) | Title 8, United States Code, |
| Defendant. ) | Section 1326(a) |

# INDICTMENT

## COUNT ONE
### Possession of Methamphetamine (Actual) with Intent to Distribute

**THE GRAND JURY CHARGES:**

On or about January 5, 2020, in Ford County, in the Central District of Illinois,

**JUAN M. ARAIZA-RAMOS,**

the defendant herein, knowingly and intentionally possessed with the intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

## COUNT TWO
## Illegal Re-Entry after Prior Deportation

**THE GRAND JURY CHARGES:**

On or about January 5, 2020, in Ford County, in the Central District of Illinois,

**JUAN M. ARAIZA-RAMOS,**

the defendant herein, an alien, who is a citizen of Mexico and who pursuant to law had previously been deported and removed from the United States on or about October 23, 2008, was found in the United States without having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for readmission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.
s/ Foreperson
FOREPERSON

s/ Katherine Legge

JOHN C. MILHISER
United States Attorney
RER